

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00389-CV

T. WILLIAM MCINTYRE                                        APPELLANT

V.

DEUTSCHE BANK NATIONAL                                    APPELLEES
TRUST COMPANY, AS
INDENTURE TRUSTEE FOR NEW
CENTURY HOME EQUITY LOAN
TRUST 2005-1, CARRINGTON
MORTGAGE SERVICES, LLC,
CARRINGTON FORECLOSURE
SERVICES, LLC F/K/A ATLANTIC &
PACIFIC FORECLOSURE
SERVICES, L.L.C, HOLLY
CARTER, INDIVIDUALLY AND AS
TRUSTEE, CHRISTOPHER K.
BAXTER, INDIVIDUALLY AND AS
ATTORNEY, MARINOSCI LAW
GROUP, P.C., GARY MARINOSCI,
INDIVIDUALLY AND AS
ATTORNEY, TOM CROFT, PETER
C. SMART, AND CRAIN, CATON &
JAMES, P.C.

------------

## FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 2012-20446-158

-----------

# MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On December 10, 2014, and December 30, 2014, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: January 22, 2015

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).